McGREGOR W. SCOTT
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8944
     Facsimile: (415) 744-0134
     Email: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA ANNETTE HENRY, ) | Case No. 2:20-cv-02293-KJN |
| ) | |
| Plaintiff ) | **STIPULATION AND PROPOSED ORDER FOR AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)** |
| ) | |
| v. ) | |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant ) | |
| ) | |
| _____ ) | |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff shall be awarded attorney's fees and expenses under the Equal Access to Justice Act (EAJA), 28 U.S.C. sec. 2412(d), in the amount of six thousand eight hundred dollars ($6,800.00), and two hundred twenty five dollars ($225.00) costs under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d). Accordingly, should this Court award fees and expenses under EAJA pursuant to this stipulation.  Plaintiff's motion for attorney fees (ECF 23) would be moot.

    After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of any assignment of EAJA fees by Plaintiff to her counsel Ashish A. Agrawal (Counsel). Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to

honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Counsel pursuant to an assignment executed by Plaintiff.  Any payments made shall be delivered to Counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Counsel, including his firm, the Law Offices of Chermol & Fishman, LLC, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Ashish A. Agrawal or the Law Offices of Chermol & Fishman, LLC to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA .

Respectfully submitted,

Dated: January 20, 2022

By:  */s/ Ashish A. Agrawal* \*
Ashish A. Agrawal *
*By email authorization on 1/12/22*
Attorney for Plaintiff

Dated: January 20, 2022        McGREGOR W. SCOTT
United States Attorney

By:  */s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

*Henry v. Kijakazi*        Stipulation and Proposed Order        E.D. Cal. 2:20-cv-02293-KJN

# ORDER

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $ 6,800.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $225.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.   Accordingly, Plaintiff's motion for attorney fees (ECF No. 23) is DENIED as moot.

Dated:  January 21, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE